

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2016

No. 04-16-00227-CR

Allen John **MURRAY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR5283
Honorable Ray Olivarri, Judge Presiding

# O R D E R

On June 29, 2016, the court reporter filed a second notification of late record requesting an extension of time to file the record. The request is GRANTED. The reporter's record is due on **August 1, 2016**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court